AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

[LODGED — CLERK, U.S. DISTRICT COURT — 05/06/2025 — CENTRAL DISTRICT OF CALIFORNIA — BY: EC DEPUTY]

# UNITED STATES DISTRICT COURT
for the
Central District of California

[FILED — CLERK, U.S. DISTRICT COURT — 05/06/2025 — CENTRAL DISTRICT OF CALIFORNIA — BY: KH DEPUTY]

United States of America

v.

SHEILA COLE,

Defendant(s)

Case No. 2:25-mj-02706

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 5, 2025, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 (a) (1), (b) (1) (c) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Brent James
Complainant's signature

Brent James, Special Agent, (FBI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/06/2025

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Nandor F.R. Kiss (714) 338-3539

**AFFIDAVIT**

I, Brent James, being duly sworn, declare and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2015. As a requirement for employment as an FBI Special Agent, I successfully completed the 21-week New Agent Basic Field Training Course at the FBI Training Academy in Quantico, Virginia. As a function of my assignment, I have received both formal and informal training from the FBI and other institutions regarding computer technology, financial investigations, cryptocurrency, and drug trafficking organizations.

2. I have conducted and participated in criminal investigations for violations of federal and state laws including, but not limited to, narcotics trafficking, computer-based financial crimes, money laundering, firearms, fraud, and other organized criminal activity. I have prepared, executed, and assisted in numerous search and arrest warrants. I have also conducted and participated in criminal and administrative interviews of witnesses and suspects. I am familiar with the formal methods of darknet narcotics trafficking investigations and illicit money service business investigations, including, but not limited to, electronic surveillance, visual surveillance, covert online surveillance, general questioning of witnesses, search warrants, confidential informants, the use of undercover agents, and analysis of financial records. I have participated in investigations of organizations

involved in the manufacture, distribution, and possession with intent to distribute controlled substances.

**PURPOSE OF AFFIDAVIT:  COMPLAINT AGAINST SHEILA COLE**

6. This affidavit is made in support of a complaint against SHEILA COLE for distribution and possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) (distribution and possession with intent to distribute controlled substances) (the TARGET OFFENSE).

7. The information set forth in this affidavit is based upon my participation in the investigation, encompassing my personal knowledge, observations and experience, as well as information obtained through my review of evidence, investigative reports, and information provided by others, including other law enforcement partners.  As this affidavit is being submitted for the limited purpose of securing the requested warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

**STATEMENT OF PROBABLE CAUSE**

8. Since around February 2024, the FBI, Homeland Security Investigations ("HSI") and the United States Postal Inspection Service ("USPIS") have been investigating a network of darknet drug vendors that use or have used the vendor accounts "Perc0latr", "GetWellSoon", and "MemphisCityBlues", to sell fentanyl powder and fentanyl-laced "M30" pills to customers across the United States.

9. On May 2, 2025, I obtained search warrants for COLE and her residence, in Case No. 8:25-mj-00344-DUTY and Case No. 8:25-mj-00338-

DUTY, signed by the Honorable Karen E. Scott, Magistrate Judge for the Central District of California.

10.  On May 5, 2025, I and a law enforcement team executed the search warrants at COLE's residence.  Among the items seized during the search, we found multiple bricks of fentanyl[1] and xylazine[2]; thousands of "M30 blues"[3]; fentanyl and M30 pills packaged for individual sales; and all of the components of a darknet drug trafficking operation, including USPS envelopes, bubble mail pouches, and labels and a label printer.  Moreover, COLE, after being advised of her Miranda rights, confessed to operating the Perc0latr and GetWellSoon darknet vendor profiles, and to shipping fentanyl to her thousands of customers over the course of approximately two years.

11.  COLE also showed me the text messages wherein she arranged for the purchase and delivery of the suspected fentanyl found inside her residence, and we obtained surveillance footage from the Ring-style camera at the home, showing a man and a woman arriving at the house the night before to deliver a brick of fentanyl, which brick was found on the floor of the residence at the time we executed the warrant.  The possession of this brick of suspected fentanyl forms the basis for the requested complaint on COLE.

**CONCLUSION**

---

[1] COLE admitted the white-chalky substance formed into bricks was fentanyl; however, laboratory results to confirm the substances are pending.

[2] According to the National Institute on Drug Abuse, Xylazine, or "tranq," is a veterinary sedative linked to overdose and other issues.

[3] "M30 blues" are blue pills made with firmapress filler and laced with fentanyl, which are designed to look identical to prescription Oxycodone.

3

12.  Based upon the foregoing facts and my training and experience, I believe there is probable cause to believe that COLE distributed and possessed with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) (distribution and possession with intent to distribute controlled substances) (the TARGET OFFENSE).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __6__ day of May, 2025.

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE